■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN BRUINGTON, Appellant.—Judgment, Supreme Court, New York County (Alvin Schlesinger, J.), rendered June 20, 1990, convicting defendant, upon his plea of guilty of criminal possession of a controlled substance in the fifth degree, and sentencing him, as a second felony offender, to a term of 3½ to 7 years, unanimously affirmed.

Since defendant did not seek to withdraw the plea at sentence, his present claim that the plea should be vacated in the interest of justice is not preserved *(People v Pellegrino,* 60 NY2d 636). In any event, it is not necessary that a defendant admit guilt to enter a plea, provided the plea is informed and intelligent *(North Carolina v Alford,* 400 US 25, 37; *People v Friedman,* 39 NY2d 463, 466). Such was the case here, it being clear that defendant entered the plea in order to avoid conviction on a greater charge. Concur—Milonas, J. P., Rosenberger, Ellerin and Rubin, JJ.